

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

October 31, 2013

Robert Henry Tenorio
Law Office of Robert Tenorio
1340 S. Main St., Ste. 300
Grapevine, TX 76051-7512

Civil District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St., 3rd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Nancy L. Berger
Judge, 322nd District Court
Tarrant County Family Law Center
200 E. Weatherford St.
Fort Worth, TX 76102

Thomas M. Michel
Griffith, Jay & Michel, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-13-00225-CV
        Trial Court Case Number:    322-437948-08

        Court of Appeals Number:   02-13-00226-CV
        Trial Court Case Number:    322-526843-12

Style:  In the Interest of Z.S.H. and T.S.H., children

        Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes.

        A copy of the opinion and judgment can be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

                    Respectfully yours,

                    DEBRA SPISAK, CLERK